# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**In the Matter of the Search of**
(Name, address or brief description of person or property to be searched)

One back colored motorola boost mobile cellular telephone, Model H81XAH6RR1AN bearing Serial Number 364KFE2Y10, seized on September 5, 2007, from Kevin Ballard.

**SEARCH WARRANT**

CASE NUMBER **07-480-M-01**

TO: __JOSH GREEN__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Josh Green__ who has reason to believe that
(name, description and or location)

One black colored motorola boost mobile cellular telephone, model H81XAH6RR1AN bearing serial number 364KFE2Y10,

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___October 5, 2007___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

___SEP 27 2007___ at Washington, D.C.

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

_/s/ John M. Facciola_

Signature of Judicial Officer

07-480-M-01

# ATTACHMENT A

## ITEMS TO BE SEIZED:

(Regarding a search warrant for a black colored Motorola Boost Mobile telephone, Model H81XAH6RR1AN, bearing serial number 364KFE2Y10.)

Text Messages
Multi Media Messages
Audio Files
Voice Mail
Graphic Images
Video Files
Contacts
Call History
Subscriber Information
E-Mail Files
Instant Messaging Files
Any and All Telephone Numbers
Other Files Resident on Handset, Subscriber Identity Module (SIM) or memory cards

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| September 27, 2007 | October 2, 2007 | On File |

| INVENTORY MADE IN THE PRESENCE OF | ATF Computer Forensic Examiner Garver, ATF SA J. Green |
|---|---|

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Subscriber/provider information, equipment information, and text messages.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

FILED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____    10/17/07
U.S. Judge or U.S. Magistrate Judge    Date